LYLE C. CAVIN, JR., SBN 44958
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone:  510-444-2501
Facsimile:  510-444-4209

Attorneys for Plaintiff,
Leo Endries

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LEO ENDRIES, | Case No.  C 05 – 04571 PJH |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | AND ORDER |
| MATSON NAVIGATION COMPANY, and DOES ONE through TEN, Inclusive, | |
| Defendants.                    / | |

PLEASE TAKE NOTICE that plaintiff hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and the clerk is requested to enter this dismissal without prejudice and without costs.

Dated:  November 17, 2005         LAW OFFICES OF LYLE C. CAVIN, JR.



IT IS SO ORDERED
Judge Phyllis J. Hamilton

By    /s/
        Lyle C. Cavin, Jr.
        Attorneys for Plaintiff
        Leo Endries

1
Notice of Voluntary Dismissal Without Prejudice (Case No. C 05 – 04571 PJH)